JAMES A. ROBINSON, Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued January 14, 1890; decided January 28, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made May 9, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Samuel B. Clarke* for appellant.

*James M. Hunt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.